REC'D JAN 22 2024

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

|  |  |
|---|---|
| **GORDON ROY PARKER,** Plaintiff<br>v.<br>**Ronald Lee** *et al,* Defendants | Case No: 23-3999-GJP |

### SUPPLEMENTAL PLEADING (#1)

Gordon Roy Parker ("Gordon"), Plaintiff in the above-styled action, submits this supplemental pleading to the record.

### BACKGROUND

On Sunday, January 21, 2024 – *a date which will live…in infamy* –at or around 11:15 p.m., Eastern Standard Time, Walter "Walt" Parker (Plaintiff's brother), was bitten by a rat that was trapped inside the kitchen, an injury requiring medical attention and a future consultation with a personal-injury lawyer:



Plaintiff's paralegal, ChatGPT, summarized the incident in an article:

**Ravenous Rodent Rampage: Unwelcome Kitchen Critter Takes a Nibble!**

In a shocking turn of events, an ordinary kitchen became the scene of a startling encounter between man and beast. A daring rat, in a brazen display of audacity, took a taste of human flesh, chomping down on an unsuspecting individual's finger! This household tale of terror unfolded as the scurrying scavenger made its presence known, prompting a mix of horror and surprise. Witnesses captured the aftermath of this miniature monster's assault, showcasing the evidence of the nibble. The victim, caught in the crosshairs of this culinary conquest, now sports a battle scar from the tiny terror. As the community reels from this close encounter of the rodent kind, one thing is clear: this is no ordinary pest problem, but a whiskered warrior's declaration of a nibble-war!

Plaintiff also had ChatGPT review the Building (the one owned by Defendants) from the point of view of the rodent:

**Five Stars for Urban Wildlife Retreat!**

As a discerning urban rodent, I've seen my share of digs, but this place is the bee's knees! The humans call it subpar, I call it home! Cracks and crevices for days, perfect for the little ones to scamper and play. The never-ending smorgasbord of gourmet refuse is to die for – quite literally! The humans seem to dislike it, but for us, it's a rustic palace. Cozy, warm, and with a delightful, ever-present aroma of *eau de garbage*. Truly, a rat's utopia!

Additionally, Plaintiff continues to live in an apartment with no heat, during an extremely cold spell that does not mesh well with his compromised ability to thermoregulate, particularly during the long "commute" to the bathroom.

This the 22nd day of January, 2024.

*[signature]*

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA  19107
gordonroyparker@gmail.com
(215) 951-4141

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br><br>　　　　　　　　Plaintiff<br>　　v.<br><br>**Ronald Lee *et al*,**<br><br>　　　　　　　　Defendants | Case No: 23-3999-GJP |

### CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby attest that I have served a copy of the foregoing <u>**Supplemental Pleading #1**</u>, on the following parties, by **regular mail** (with follow up by e-mail):

Aaron E. Moore, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin PC
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Attorney for Defendants Caanan and Mai*

Adam M. Barsky, Esq.
KBK Law Group
100 South Broad, #1205
Philadelphia, PA 19110
*Attorney for all other defendants.*

This the 22nd day of January, 2024.

*/s/ Gordon Roy Parker*

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA 19107
gordonroyparker@gmail.com
(215) 951-7131