IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GORDON ROY PARKER,

        *Plaintiff,*

    v.

RONALD LEE, et al.,

        *Defendants.*

CIVIL ACTION
NO. 23-3999

## ORDER

**AND NOW**, this 20th day of August 2024, upon consideration of Gordon Roy Parker's Third Amended Complaint (ECF No. 30), Jeffrey Mai and Canaan Realty Investment Group's ("Canaan Defendants") Motion to Dismiss (ECF Nos. 31), Ronald Lee, Teresa Lee, Teresa Lee Revocable Trust and Kenneth L. Baritz's ("Landlord Defendants") Motion to Dismiss (ECF No. 32), and Parker's Responses (ECF Nos. 33, 34) it is **ORDERED** that:

1. The Canaan Defendants' Motion is **GRANTED**.

2. The Landlord Defendants' Motion is **GRANTED** as to Counts II, III, IV and V and **DENIED** as to Count I.

3. Parker's FLSA, FHA race and sex discrimination, ADA and negligent and fraudulent misrepresentation claims are **DISMISSED** with prejudice against all defendants.

4. Parker's FHA retaliation claim is **DISMISSED** with prejudice as to the Canaan Defendants.

BY THE COURT:


***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.