IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER,<br><br>        *Plaintiff,*<br><br>v.<br><br>RONALD LEE, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 23-3999 |

### ORDER

**AND NOW**, this 1st day of October, 2024, upon consideration of Gordon Roy Parker's Third Amended Complaint (ECF No. 30), Defendants' Answer (ECF No. 37), Parker's Motions for Judgment on the Pleadings (ECF Nos. 39 and 41), and Defendants' Response (ECF No. 43), it is hereby **ORDERED** that both motions are **DENIED** for the reasons stated on the record during the October 1, 2024 Rule 16 conference.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

1