# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GORDON ROY PARKER  *Plaintiff*  v.  RONALD LEE; TERESA LEE; JEFFREY MAI; CANAAN REALTY INVESTMENT GROUP; TERESA LEE REVOCABLE TRUST; and KENNETH L. BARITZ, ESQUIRE  *Defendants* | Civil Case No.: 2:23-cv-03999-GJP |

## PRAECIPE TO ATTACH

Kindly attach the exhibits to Defendants' Ronald Lee, Teresa Lee, Teresa Lee Revocable Trust, and Kenneth L. Baritz, Esquire Response in Opposition to Plaintiff's Motion for Leave to File Fourth Amended Complaint.

Sincerely,

KBK Law Group

/s/ Adam P. Barsky
Adam P. Barsky, Esquire
Attorneys for Defendants

Date:   October 16, 2024