# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON ROY PARKER,<br><br>   *Plaintiff,*<br><br>v.<br><br>RONALD LEE, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 23-3999 |

## ORDER

**AND NOW**, this 19th day of November, 2024, upon consideration of Plaintiff's Motion for Reconsideration of Denial of Leave to Amend, (ECF No. 52), it is hereby **ORDERED** that the Motion is **DENIED**.

                  BY THE COURT:

                  */s/ Gerald J. Pappert*
                  Gerald J. Pappert, J.