IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br>                    Plaintiff<br>v.<br>**Ronald Lee *et al*,**<br>                    Defendants | Case No: 23-3999-GJP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The remaining parties in this case (Parker, Ron Lee, Teresa Lee, the Teresa Lee Revocable Trust, and Kenneth Baritz), jointly stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action, and each and every count and claim asserted therein, be dismissed **with prejudice**, with each party to bear their own costs, expenses and fees.

Respectfully submitted this 31st day of January, 2025.

**PLAINTIFF:**

_____
By: Gordon Roy Parker, Pro Se

**DEFENDANTS:**

_____
By: Adam Barsky, Attorney for Defendants