IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br>　　　　　　　　Plaintiff<br>　　　v.<br>**Ronald Lee *et al*,**<br>　　　　　　　　Defendants | **Case No: 23-3999-GJP** |

# ORDER

**AND NOW,** this  31st  day of January , 2025, based on the parties' stipulation, IT IS SO ORDERED that the Clerk of this Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　　J.