REC'D APR 11 2025

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | |
|---|---|
| **GORDON ROY PARKER,**<br>　　　　　　　Plaintiff<br><br>v.<br><br>PanPhil Realty et al.<br><br>　　　　　　　Defendants | Case No: 23-3999- |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF DEFENDANT ANCHOR REAL ESTATE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses all claims against Defendant **Anchor Realty** without prejudice. The claims against all other defendants survive.

This the 11th day of April, 2025.

　

_____
**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA 19107

gordonroyparker@gmail.com
(215) 951-4131

*e-mail or text preferred contact

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA

| | | |
|---|---|---|
| **GORDON ROY PARKER,** <br> Plaintiff <br> v. <br> **Panphil Realty et al.,** <br> Defendants | : : : : : : : | **Case No: 23-3999-GJP** |

### CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby attest that I have served a copy of the foregoing **Plaintiff's Notice Of Voluntary Dismissal Without Prejudice Of Defendant Anchor Realty**, on the following parties, by **regular mail or hand delivery**:

**Anchor Real Estate**
**2200 Michener St., Suite 9**
**Philadelphia, PA 19115**

Plaintiff incoporates by reference the Complaint as if set forth verbatim herein and has served each remaining Defendant at the addresses listed for them in the Complaint:

PanPhil Realty, LLC, Allegiance Real Estate, LLC, 4024 Spruce Company, LLC, Greenzang Properties III, LLC, New Horizons West I LP d/b/a New Horizon Housing, 2045 Walnut Street Associates, Vihi Realty, AMCDelancey Group, Inc., and Kitov Realty; Nanxing "Nancy" Wang, Bryan Reese, Brittney Knox, Xahoxia Wang, and Susan Donato

This the 11th day of April, 2025

*[signature]*

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA 19107
gordonroyparker@gmail.com
(215) 951-4131