IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,** Plaintiff<br>v.<br>**Ronald Lee** *et al,* Defendants | Case No: 23-3999-GJP<br><br>REC'D APR 1 4 2025 |

### PLAINTIFF'S MOTION TO STRIKE DOCUMENT #59

Gordon Roy Parker ("Gordon"), Plaintiff in the above-styled action, mistakenly left this case number in a voluntary dismissal of a defendant from <u>Parker v. Panphil Realty</u>. He apologizes for any confusion and requests that his **Motion For Voluntary Dismissal of Defendant Anchor Real Estate** be stricken from the record in this case.

This the 14th day of April, 2024

*[signature]*

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA  19107
gordonroyparker@gmail.com
(215) 951-4131
*e-mail or text preferred contact

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON ROY PARKER,**     Plaintiff<br><br>v.<br><br>**Ronald Lee** *et al,*<br>             Defendants | Case No: 23-3999-GJP |

## CERTIFICATE OF SERVICE

I, Gordon Roy Parker, Plaintiff in the above-styled action, hereby attest that I have served a copy of the foregoing **Plaintiff's Motion To Strike Document #59**, on the following parties, by **regular mail** (with follow up by e-mail):

Aaron E. Moore, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin PC
2000 Market Street, Suite 2300
Philadelphia, PA 19103
*Attorney for Defendants Caanan and Mai*

Adam M. Barsky, Esq.
KBK Law Group
100 South Broad, #1205
Philadelphia, PA 19110
*Attorney for all other defendants.*

This the 14th day of April, 2024

**Gordon Roy Parker, Pro Se**
315 South Broad Street, #0106
Philadelphia, PA 19107
gordonroyparker@gmail.com
(215) 951-4131